DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475



**FILED**
MAR - 4 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
GREGORY PHILIP WINDUST

Chapter 13
Case No. 06-3-0010 SFM13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $164.87 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 001 | CLERK OF THE COURT FOR CALIFORNIA SERVICE BUREAU 3050 FITE CIRCLE #107 SACRAMENTO, CA 95827-1808 | $164.87 |

Dated: March 3, 2011

CECILIA MARCELO
Receipts Administrator